IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JENNIFER BRONSON,                            Civil File No. 09-2217-EFM

       Plaintiff,

vs.                                       **STIPULATION OF DISMISSAL**
                                                    **WITH PREJUDICE**

ASSET ACCEPTANCE, LLC,

       Defendant.

      Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Jennifer Bronson, and the defendant, Asset Acceptance, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                       Respectfully submitted,

Dated: <u>September 2, 2009</u>          By <u>  /s/J. Mark Meinhardt          </u>
                                                      J. Mark Meinhardt, #20245
                                                      4707 College Boulevard, Suite 100
                                                      Leawood, KS  66211
                                                      (913) 451-9797
                                                      (913) 451-6163 (fax)
                                                      ATTORNEY FOR PLAINTIFF

Dated: <u>September 2, 2009</u>          By <u>  /s/Louis J. Wade            </u>
                                                      Mikki L. Rhoades
                                                      Louis J. Wade, #13042
                                                      The Skelly Building, Suite 350
                                                      605 W 47th Street
                                                      Kansas City, MO 64112-1905
                                                      (816) 960-7342
                                                      (816) 753-9996 (fax)
                                                      ATTORNEY FOR DEFENDANT